[No. 25645-6-III. Division Three. October 4, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL B. STONE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-1-01837-1, Linda G. Tompkins, J., entered November 2, 2006. *Affirmed* by unpublished opinion per Stephens, J., concurred in by Sweeney, C.J., and Kulik, J.

[No. 52371-6-I. Division One. October 8, 2007.]

THE STATE OF WASHINGTON, *Appellant*, v. BARBARA MARIE OPEL, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-00804-2, Gerald L. Knight, J., entered April 24, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 57226-1-I. Division One. October 8, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFRY P. NEFF, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-00867-7, Nicole MacInnes, J., entered October 21, 2005. *Affirmed* by unpublished opinion per Schindler, A.C.J., concurred in by Ellington and Dwyer, JJ.